### TONY E. GIBSON *v.* COMMISSIONER OF CORRECTION

</div>

The petitioner Tony E. Gibson's petition for certification for appeal from the Appellate Court, 118 Conn. App. 863 (AC 29386), is denied.

*David B. Rozwaski*, special public defender, in support of the petition.

*Frederick W. Fawcett*, special assistant state's attorney, in opposition.

<div align="center">Decided March 30, 2010</div>

<div align="center">

### DANIEL DORCE *v.* COMMISSIONER OF CORRECTION

</div>

The petitioner Daniel Dorce's petition for certification for appeal from the Appellate Court, 118 Conn. App. 750 (AC 29789), is denied.

VERTEFEUILLE, J., did not participate in the consideration of or decision on this petition.

*Alan E. Dillon*, special public defender, in support of the petition.

<div align="center">Decided March 30, 2010</div>